FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-1818
_____

MYRON B. FRANKLIN, Former
Husband,

    Petitioner,

    v.

JASLINE MONIQUE FRANKLIN,
Former Wife,

    Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


October 1, 2025


PER CURIAM.

    Myron B. Franklin petitions this court for issuance of a writ of prohibition. He seeks the writ to restrain the trial judge from presiding over this post-judgment family law matter. Because the trial judge erroneously concluded that they were a successor judge due to the previous disqualification of a General Magistrate, we grant the petition and remand with directions to reassign the case to a successor judge. *Contrast* Fla. R. Gen. Prac. & Jud. Admin. 2.330(h) (prohibiting comment on truth of the facts alleged), *with* Fla. R. Gen. Prac. & Jud. Admin. 2.330(i) (allowing successor judge to rule on truth of the facts alleged).

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Allison M. Perry of Florida Appeals, P.A., Tampa, for Petitioner.

Autumn Beck Blackledge of Autumn Beck Blackledge, PLLC, Pensacola, for Respondent.